**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Geoff Winkler,<br><br>          Plaintiff(s),<br><br>v.<br><br>David Riske, et al.,<br><br>          Defendant(s). | Case No. 2:26-cv-01000-JCM-NJK<br><br>**Order**<br><br>[Docket No. 23] |

Pending before the Court is Defendant Robert Seik's letter to Plaintiff's counsel about the Rule 26(f) conference. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: May 26, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1