WIRTHLIN & VERLAINE
Brenoch R Wirthlin, Esq. (Nevada Bar No.10282)
400 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 529-1201
Facsimile: (702) 213-0294
Email: bwirthlin@wirthlinlawfirm.com
*Attorneys for Donald B. Rowland, an individual*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,<br><br>               Plaintiff,<br><br>v.<br><br>DAVID RISKE, an individual; MICK LOPEZ, an individual; JULIE MAYER, an individual; MICHAEL BARNEY, an individual; BRAD BARRETT, an individual; JARED BONNELL, an individual; CAREN IGERT, an individual; ROBERT ZOBRIST, an individual; ZANE HADFIELD, an individual; GARY JUDD, an individual; JONATHAN F. KINNEY, an individual; CESAR MAURTUA, an individual; PETER B. MURRAY, an individual; EMILY NEWBERRY, an individual; DONALD B. ROWLAND, an individual; JON SIEGRIST, an individual; ROBERT SEIK, an individual; RICH MARINO, an individual,<br><br>               Defendants. | Case no. 2:26-cv-01000-JCM-NJK<br><br><br>**STIPULATION AND ORDER TO FILE RESPONSIVE PLEADINGS TO COMPLAINT**<br>**[FIRST REQUEST]** |

Defendant DONALD B. ROWLAND, ("Defendant"), by and through undersigned counsel of record, Wirthlin & Verlaine, and Plaintiff GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES, INC. ("Plaintiff"), by and through counsel of record Greenberg Traurig, LLP, and hereby stipulate and agree that the Defendant shall have up to and including June 15, 2026, to respond to the Complaint (Doc. 1).  June 8, 2026, is the current deadline to respond to the Complaint.

Pursuant to LR IA 6-1(a), the reason for this requested stipulation is because undersigned counsel was only very recently engaged as counsel for the Stipulating Defendants and the Stipulating Defendants are in the process of providing all relevant information to undersigned counsel in order to determine the appropriate response to the Complaint. Undersigned counsel was also recently extremely ill and is still recovering. A one week extension of time to respond to the Complaint is the only extension that is being sought and only extension to respond to the Complaint that will be sought by the Stipulating Defendants.

DATED this 8th day of June, 2026.

DATED this 8th day of June, 2026.

WIRTHLIN & VERLAINE
/s/ Brenoch Wirthlin
Brenoch Wirthlin, Esq. (10282)
400 S. 4th Street, Suite 300
Las Vegas, NV  89101
Tel: (702) 529-1201
bwirthlin@wirthlinlawfirm.com
Attorneys for Defendant

GREENBERG TRAURIG, LLP
By:    /s/ Kyle Ewing
Kara Hendricks, Esq. (07743)
Kyle A. Ewing, Esq. (14051)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV  89135
Ewingk@gtlaw.com
Attorneys for Plaintiff

For good cause shown, the Court **GRANTS** the stipulation at Docket No. 39.  The Court **DENIES** as moot the stipulation at Docket No. 37.

IT IS SO ORDERED.

Dated:  June 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge