# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Geoff Winkler,

     Plaintiff(s),

v.

David Riske, et al.,

     Defendant(s).

Case No. 2:26-cv-01000-JCM-NJK

**Order**

[Docket No. 47]

Pending before the Court is a joint motion to extend the deadline for Defendant Lopez and Defendant Hadfield to respond to the complaint.  Docket No. 47.  As a threshold matter, counsel are reminded that their earlier "informal" agreement to extend this court deadline was ineffective without seeking and obtaining judicial approval.  *See, e.g.*, Local Rule 7-1(b).  In addition, the parties have already had months to discuss settlement.  *See* Docket Nos. 7-8 (waivers of service).  Nonetheless, as a courtesy to the parties, the Court will allow the extension sought.  Accordingly, the joint motion is **GRANTED** in part and the deadline for Defendant Lopez and Defendant Hadfield to respond to the complaint is **EXTENDED** to June 22, 2026.

The joint motion is **DENIED** without prejudice as to the request to set a briefing schedule.  *See* Local Rule IC 2-2(b).

IT IS SO ORDERED.

Dated:  June 16, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1