**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Geoff Winkler, | Case No. 2:26-cv-01000-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 70] |
| David Riske, et al., | |
| Defendant(s). | |

Pending before the Court is a reply brief, Docket No. 70, filed in relation to underlying motions to strike at Docket Nos. 42-45 and an opposition brief at Docket No. 59. Unfortunately, counsel did not link this reply brief to the underlying motion practice as required. *See* Local Rule IC 2-2(d). This is one of several related cases brought against dozens of defendants, the docket for which is quickly expanding. Counsel must ensure moving forward that they comply with their filing obligations, including linking their filings correctly. As a one-time courtesy, the Court **INSTRUCTS** the Clerk's Office to link the reply brief at Docket No. 70 to the underlying motion practice.

IT IS SO ORDERED.

Dated:  June 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1