Byron E. Thomas, Esq.
Nevada Bar No. 8906
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd., Ste. 104
Las Vegas, Nevada 89146
(702) 747-3103 – Telephone
byronthomaslaw@gmail.com
Counsel for Rich Marino

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case no. 2:26-cv-01000-JCM-NJK |
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., *et al.*, | **STIPULATION AND ORDER TO FILE RESPONSIVE PLEADINGS** |
| Plaintiff, | |
| v. | **TO COMPLAINT** |
| DAVID RISKE, an individual; MICK LOPEZ, an individual; JULIE MAYER, an individual; MICHAEL BARNEY, an individual; BRAD BARRETT, an individual; JARED BONNELL, an individual; CAREN IGERT, an individual; ROBERT ZOBRIST, an individual; ZANE HADFIELD, an individual; GARY JUDD, an individual; JONATHAN F. KINNEY, an individual; CESAR MAURTUA, an individual; PETER B. MURRAY, an individual; EMILY NEWBERRY, an individual; DONALD B. ROWLAND, an individual; JON SIEGRIST, an individual; ROBERT SEIK, an individual; RICH MARINO, an individual, | **[FIRST REQUEST]** |
| Defendants. | |

Defendant RICH MARINO ("Defendant"), by and through undersigned counsel of record, the Law Offices of Byron Thomas, and Plaintiff GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES, INC. ("Plaintiff"), by and through counsel of record Greenberg Traurig, LLP, hereby stipulate and agree that the Defendant shall have up to and including **July 9, 2026**, to respond to the Complaint (Doc. 1). June 29, 2026, is the current deadline to respond to the Complaint.

Pursuant to LR IA 6-1(a), the reason for this requested stipulation is that undersigned counsel was only recently engaged as counsel for Defendant Rich Marino, and Defendant is in the process of providing all relevant information to undersigned counsel in order to determine the appropriate response to the Complaint.

**INTENTIONALLY LEFT BLANK**

The Complaint arises out of the J&J Consulting receivership and incorporates and relies upon a voluminous forensic accounting analysis that newly-engaged counsel requires additional time to review in order to prepare the appropriate response. In addition, counsel for Mr. Marino took a fall. From time to time he experiences severe lower back pain, and he experienced such a flare up the previous week.  This is the first extension of time sought to respond to the Complaint, the requested ten (10) day extension is sought in good faith and not for purposes of delay, and it will not affect any other deadline in this action.

DATED this 29th day of June, 2026.                    DATED this 29th day of June, 2026.


LAW OFFICES OF BYRON THOMAS                   GREENBERG TRAURIG, LLP
/s/ Byron Thomas, Esq.                                      By:__ Kara Hendricks, Esq.
Byron Thomas, Esq. (8906)                              Kara Hendricks, Esq. (07743)
3275 S. Jones Blvd., Suite 104                          Kyle A. Ewing, Esq. (14051)
Las Vegas, NV 89146                                        10845 Griffith Peak Drive, Suite 600
Tel: (702) 747-3103                                          Las Vegas, NV 89135
byronthomaslaw@gmail.com                            Ewingk@gtlaw.com
Attorney for Defendant Rich Marino                  Attorneys for Plaintiff



IT IS SO ORDERED.
Dated:  June 30, 2026



_____
United States Magistrate Judge

3