CRANE M. POMERANTZ, ESQ.
Nevada Bar No. 14103
FORREST ZIMMERMAN, ESQ.
Nevada Bar No. 17017
**CLARK HILL PLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
E-mail:  cpomerantz@clarkhill.com
         fzimmerman@clarkhill.com

*Attorneys for Defendants Mick Lopez and*
*Zane Hadfield*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

GEOFF WINKLER, as court-appointed
receiver for J&J CONSULTING SERVICES,
INC., et. al.,

          Plaintiff,

   vs.

MICK LOPEZ and ZANE HADFIELD;

          Defendants.

CASE NO. 2:26-CV-01000-JCM-NJK

**STIPULATION AND [PROPOSED]
ORDER TO SET BRIEFING
SCHEDULE ON MOTION TO
DISMISS**

Defendants Zane Hadfield ("Mr. Hadfield") and Mick Lopez ("Mr. Lopez," and collectively, the "Defendants"), by and through undersigned counsel, and Plaintiff Geoff Winkler, as court-appointed receiver for J & J Consulting Services, Inc., through his counsel of record, respectfully submit this stipulation to extend the briefing schedule on the Defendants' Motion to Dismiss.  In support thereof, the parties state as follows:

1.      On March 31, 2026, the Plaintiff filed a Complaint against the Defendants alleging violations of Nevada's of Nevada's Uniform Fraudulent Transfer Act and unjust enrichment.  ECF No. 1.  The Defendants waived service of the Complaint.

2.    On June 15, 2026, the parties submitted a stipulation to extend the response date for a responsive pleading until June 22, 2026 and to set the briefing schedule for a responsive pleading.  ECF No. 47.  The Court granted in part and denied in part the parties' stipulation.  ECF No. 49.  The Court extended the time for the Defendants to respond to the Complaint, but denied, without prejudice, the parties' proposed briefing schedule pursuant to Local Rule IC 2-2(b), which requires a separate document for each type of relief requested.

3.    On June 22, 2026, Defendants timely filed a motion to dismiss. ECF No. 55.

4.    Counsel for the Defendants will be out of the district on pre-paid travel between July 4, 2026 and July 11, 2026.

5.    To order for this matter to be fully briefed, and to allow the Defendants a full and fair opportunity to file a reply brief, as necessary, the parties agree to the following briefing schedule:

a.  Plaintiff shall file its opposition to the Defendants' Motion to Dismiss no later than July 13, 2026;

b.  Defendants shall file a reply no later than July 20, 2026.

///
///
///
///
///
///
///
///
///
///
///

6.      This stipulation is submitted by the parties in good faith and not for improper purposes or to cause undue delay.

DATED this 1st day of July 2026

**CLARK HILL PLC**

By */s/ Crane M. Pomerantz*
CRANE M. POMERANTZ, ESQ.
FORREST ZIMMERMAN, ESQ.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendant Mick Lopez and Zane Hadfield*

**GREENBERG TRAURIG, LLP**

By */s/   Kyle Ewing*
KARA HENDRICKS, ESQ.
KYLE EWING, ESQ.
10945 Griffith Park Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Geoff Winkler, Receiver*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   July 1, 2026            .