**RICHARD A. SCHONFELD, ESQ.**
**Nevada Bar No. 6815**
**CHESNOFF & SCHONFELD**
**520 South Fourth St., 2nd Floor**
**Las Vegas, Nevada, 89101**
**Tel: 702-384-5563**
**Fax: 702-598-1425**
rschonfeld@cslawoffice.net
Attorney for Defendant
Jonathan F. Kinney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al, Plaintiff<br><br>v.<br><br>DAVID RISKE, an individual; an individual; MICK LOPEZ, an individual; JULIE MAYER, an individual; MICHAEL BARNEY, an individual; BRAD BERRETT, an individual; JARED BONNELL, an individual; CAREN IGERT, an individual; ROBERT ZOBRIST, an individual; ZANE HADFIELD, an individual; GARY JUDD, an individual; JONATHAN F. KINNEY, an individual; CESAR MAURTUA, an individual; PETER B. MURRAY, an individual; EMILY NEWBERRY, an individual; DONALD B. ROWLAND, an individual; JOHN SIEGRIST, an individual; ROBERT SEIK, an individual; and RICH MARINO, an individual,<br><br>Defendants | CASE NO.: 2:26-cv-01000-CDS-NJK<br><br>**JONATHAN KINNEY STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF**<br><br>[ECF No. 104] |

Defendant Jonathan F. Kinney ("Defendant") by and through his undesigned counsel of record, Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and Plaintiff Geoff Winkler, as court-appointed Receiver for J & J Consulting Services, Inc., by and through his counsel of record Kyle Ewing of Greenberg Traurig, LLP, hereby stipulate and agree that the Defendant Jonathan Kinney shall have up to and including July 22, 2026, to file his Reply brief related to the Plaintiff's Opposition (ECF 93) to his Motion to Dismiss (ECF 62). The Reply brief is currently due on July 16, 2026, and this amounts to a six day extension.

Pursuant to LR IA 6-1(a), the reason for this requested extension is that undersigned counsel for Jonathan Kinney has a post-arbitration hearing brief due on July 17, 2026, and the preparation of that brief has been consuming a significant amount of his time, necessitating additional time to prepare and file the Reply in this matter.

This stipulation is submitted in good faith and not for an improper purpose or to cause undue delay.

**DATED** this 17th day of July, 2026.

CHESNOFF & SCHONFELD

/s/ Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant
Jonathan Kinney

GREENBERG TRAURIG, LLP

/s/ Kyle Ewing
KARA HENDRICKS, ESQ.
KYLE EWING, ESQ.
10945 Griffith Park Drive, Suite 600
Las Vegas, Nevada 89135
Attorneys for Plaintiff Geoff Winkler, Receiver

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: July 16, 2026