**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>David Riske, et al.,<br>Defendant(s). | Case No. 2:26-cv-01000-CDS-NJK<br>**Order**<br>[Docket Nos. 136, 137, 138] |

Pending before the Court are the Receiver's motion to strike Defendant Maurtua's Notice of Liability, Docket No. 136 (seeking to strike Docket No. 108), motion to strike Defendant Seik's Notice of Liability, Docket No. 137 (seeking to strike Docket No. 112), and motion to strike Defendant Seik's Objection and Rebuttal, Docket No. 138 (seeking to strike Docket No. 111). No response has been filed and the deadline for doing so has expired. *See* Local Rule 7-2(b). Accordingly, the Court **GRANTS** the motions to strike as unopposed. *See* Local Rule 7-2(d).[1]

IT IS SO ORDERED.

Dated: August 19, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] In addition to the unopposed nature of the motions to strike, the Court also finds that relief warranted for the reasons discussed recently. *See* Docket No. 148 (granting motions to strike various notices that violate the governing rules, muddy the docket, and create confusion as to potential concessions of issues).