UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Geoff Winkler,

Plaintiff,

v.

David Riske, et al.,

Defendant(s).

Case No. 2:26-cv-01000-CDS-NJK

**Order**

[Docket Nos. 155, 159]

Pending before the Court are Defendants Cesar Maurtua's and Robert Seik's motions for leave to file amended answers and defenses. Docket Nos. 155, 159. The Receiver filed a response that did not substantively oppose the relief sought. Docket No. 167.[1] Accordingly, the Court **GRANTS** these motions as unopposed. *See* Local Rule 7-2(d). The Court **INSTRUCTS** the Clerk's Office to file on the docket Defendants' answers that are currently at Docket No. 155-1 and Docket No. 159-1.

IT IS SO ORDERED.

Dated: September 15, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court declines to take any further action as referenced in the responsive brief. If a basis exists to do so, a separate motion must be filed that is supported by points and authorities. *See* Local Rule IC 2-2(b); Local Rule 7-2(a); *see also, e.g.*, Docket No. 148 at 2 & n.1.