**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Geoff Winkler,<br>Plaintiff,<br>v.<br>David Riske, et al.,<br>Defendant(s). | Case No. 2:26-cv-01000-CDS-NJK<br>**Order**<br>[Docket Nos. 153, 157] |

Pending before the Court are Defendants Cesar Maurtua's and Robert Seik's motions to be permitted to file electronically. Docket Nos. 153, 157. The Receiver filed a response that did not substantively oppose the relief sought. Docket No. 167.[1] The Court's website now includes a portal through which *pro se* litigants may upload documents for filing. *See* https://www.nvd.uscourts.gov/IPSF. The pending motion does not explain why further relief is necessary given the availability of that portal. Accordingly, the Court **DENIES** without prejudice the motion to be permitted to file electronically.

IT IS SO ORDERED.

Dated: September 15, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court declines to take any further action as referenced in the responsive brief. If a basis exists to do so, a separate motion must be filed that is supported by points and authorities. *See* Local Rule IC 2-2(b); Local Rule 7-2(a); *see also, e.g.*, Docket No. 148 at 2 & n.1.