BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd., Ste. 104
Las Vegas, Nevada 89146
(702) 747-3103 – Telephone
byronthomaslaw@gmail.com
*Counsel for Defendant Rich Marino*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,

Plaintiff

v.

DAVID RISKE, an individual; MICK LOPEZ, an individual; JULIE MAYER, an individual; MICHAEL BARNEY, an individual; BRAD BERRETT, an individual; JARED BONNELL, an individual; CAREN IGERT, an individual; ROBERT ZOBRIST, an individual; ZANE HADFIELD, an individual; GARY JUDD, an individual; JONATHAN F. KINNEY, an individual; CESAR MAURTUA, an individual; PETER B. MURRAY, an individual; EMILY NEWBERRY, an individual; DONALD B. ROWLAND, an individual; JOHN SIEGRIST, an individual; ROBERT SEIK, an individual; RICH MARINO, an individual,

Defendants

**Case No. 2:26-cv-01000-CDS-NJK**

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RICH MARINO TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 163) (FIRST REQUEST)**

[ECF No. 184]

Plaintiff Geoff Winkler, in his capacity as the court-appointed receiver for J&J Consulting Services, Inc., et al. (the “Receiver”), and Defendant Rich Marino (“Marino”), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On August 28, 2026, the Receiver filed his Motion for Partial Summary Judgment (ECF No. 163), together with supporting exhibits, including a plea agreement and the order appointing the Receiver in Securities and Exchange Commission v. Beasley, No. 2:22-cv-00612-CDS-EJY (D. Nev.) (the "Motion").
2. Under LR 7-2(b), Marino's response to the Motion is presently due September 18, 2026.
3. The parties stipulate and agree that Marino's deadline to file his response to the Motion be extended by ten (10) days, up to and including September 28, 2026, and that the Receiver's deadline to file any reply in support of the Motion as to Marino be extended to October 12, 2026.
4. Good cause exists for the requested extension. The Motion seeks judgment on issues that overlap substantially with those raised in Marino's pending Motion to Dismiss (ECF No. 94), which was fully briefed on July 30, 2026 and remains under submission — including the timeliness of the Receiver's claims under NRS 112.230 and the scope of any tolling under the Appointment Order. The brief extension will permit Marino to address those overlapping issues on a complete record rather than piecemeal.
5. Counsel for Marino is a solo practitioner and was ill from Thursday, September 10, 2026 through Sunday, September 13, 2026. The illness caused a backlog and is a principal reason for this request.

/ / /

/ / /

6. This stipulation is submitted in good faith and not for the purpose of delay. No trial date has been set, no other deadline in this action will be affected, and no party will be prejudiced by the requested extension.

7. Pursuant to LR IA 6-1(a), this is the first request to extend Marino's deadline to respond to the Motion. No prior extension of this deadline has been requested or granted.

DATED this ____ day of September, 2026.

**GREENBERG TRAURIG, LLP**

By: /s/ ___*Kyle A. Ewing*____
KARA B. HENDRICKS, Bar No. 07743
KYLE A. EWING, Bar No. 014051
MADELEINE COLES, Bar No. 16216
ANTHONY A. TORROLL, Bar No. 16640
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

Attorneys for Plaintiff Geoff Winkler, Court-Appointed Receiver

**LAW OFFICES OF BYRON THOMAS**

By: /s/ ___*Byron E. Thomas*______
BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
3275 S. Jones Blvd., Ste. 104
Las Vegas, Nevada 89146
Tel: (702) 747-3103
byronthomaslaw@gmail.com

Attorney for Defendant Rich Marino

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES DISTRICT JUDGE

DATED: September 23, 2026