UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Geoff Winkler,

Plaintiff

v.

Mick Lopez, et al.,

Defendants

Case No. 2:26-cv-01000-CDS-NJK

**Order Striking Certain Filings and Denying Motions as Moot**

[ECF Nos. 12, 13, 14, 26, 27, 28, 29, 58, 107, 108, 109, 111, 112, 122, 123, 143, 144, 154, 158]

As explained in my October 16, 2026 order, the court learned that two non-lawyers, identified as Aaron Prince and Denise Mraz, have formed something they call the "Justice and Freedom Association" (JFA) and, through that group, may have been offering legal advice and drafting filings ("ghost-writing"[1]) for defendants in this, and other related actions. *See* ECF No. 200. Based on that ghost-writing, I struck ECF Nos. 15 and 17.[2] *Id.* at 3. I incorporate the legal authority explaining why ghost-writing is improper from that order here. *Id.* at 1–3.

Upon further review of the docket, together with the documents filed in the related SEC enforcement action, *see* ECF No. 1026 in *SEC v. Beasley*, Case No. 2:22-cv-00612-CDS-EJY (D. Nev.), the court has good cause to believe that Prince, Mraz, and maybe others, assisted drafting the following documents: ECF Nos. 12. 13, 14,[3] 107, 109. Consequently, they are hereby stricken. Seik also filed a memorandum (ECF No. 27) in support of some of those filings (ECF Nos. 12–13). Because I strike the filings, I also strike the memorandum (ECF No. 27).

[1] "Ghost-writing" occurs when an attorney (or a non-attorney) drafts pleadings or court filings on behalf of a *pro se* litigant who, in turn, signs them *pro se*. It is an inappropriate practice. *See e.g.*, *Smallwood v. NCsoft Corp.*, 730 F. Supp. 2d 1213, 1222 (D. Hawaii 2010).

[2] Because ECF No. 29 is a memorandum filed in support of the now-stricken ECF No. 17, I strike ECF No. 29 as well.

[3] The court notes this filing is a duplicate of the already stricken motion to dismiss filed by defendant Cesar Maurtua. *See* ECF No. 15.

Further, defendants Cesar Maurtua and Robert Seik have filed various rogue filings including "notices," "objections," and "consolidated replies." ECF Nos. 26, 28, 58, 108, 111, 112, 143, 144. Notices are a type of filing that should rarely be used and only for administrative functions—such as notifying the court of an address change or informing the court that an attorney is appearing to represent a client. *See, e.g.*, LR IA 3-1 (notice of a change of contact information); LR IA 10-4 (notice of an in-camera submission); LR IC 1-1(d) (notice of manual filings). Notices cannot, however, be used to make the court's docket a repository for allegations or alleged discovery. *See Hinojos v. Weir*, 2025 WL 2337103, at *2 (D. Ariz. Aug. 12, 2025) ("The court's docket is not a repository for the parties' evidence."); *see also Dillon v. Corr. Corp. of Am.*, 2021 U.S. Dist. LEXIS 272388, at *3 (D. Nev. July 19, 2021) ("The Court's docket is not a repository for miscellaneous documents that a litigant believes may support his claims."). All court filings requesting relief or requesting that the court make a ruling or take an action of any kind must be in the form of a motion and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules. *See* Fed. R. Civ. P. 7; LR 7-2.

Finally, because the court has now stricken ECF Nos. 26, 27, 28, 29, and 58, the Receiver's motions to strike those filings [ECF Nos. 122 and 123] are denied as moot. And because the court has stricken ECF Nos. 107, 108, 109, 111, and 112, Maurtua's motion to withdraw [ECF No. 154] and Seik's motion to withdraw [ECF No. 158] those filings are likewise denied as moot.

## Conclusion

IT IS HEREBY ORDERED that **[ECF Nos. 12, 13, 14, 26, 27, 28, 29, 58, 107, 108, 109, 111, 112, 143, 144] are STRICKEN.** Defendants Cesar Maurtua and Robert Seik are reminded that future filings must comply with the Federal Rules of Civil Procedure, including Rule 11, and the Local Rules of this District.

IT IS FURTHER ORDERED that the Receiver's motions to strike **[ECF Nos. 122, 123] are DENIED as moot.**

IT IS FURTHER ORDERED that Cesar Maurtua' motion **[ECF No. 154] is DENIED as moot.**

IT IS FURTHER ORDERED that Robert Seik's motion **[ECF No. 158] is DENIED as moot.**

Dated: October 26, 2026

Cristina D. Silva
United States District Judge